# EXHIBIT A

# Webpage: https://www.imperva.com



imperva
a Thales company

# Battling Bad Bots

The latest trends, stats, and defense strategies

Register now

Battling Bad Bots mobile

## Comprehensive digital security

### Application Security

- Automatically protect applications and APIs anywhere
- Protect applications from DDoS, bot, and supply chain attacks

Learn more →

### Data Security

- Secure sensitive data across on-premises and cloud environments
- Simplify compliance and audit reporting

Learn more →

### Network Security

- Ensure DNS resolution at the edge for uninterrupted operations
- Protect applications from disruptive denial of service attacks

Welcome back 👋 Still researching Imperva products? Book a demo with us to learn more!

Cyber Security Leader | Imperva, Inc.



### Application Performance

- Provide security that keeps up with DevOps
- Completely protect applications and datastores

**Learn more →**

**Imperva latest news**



Ron Bennatan discusses the future of AI and security with TechStrong TV

**KuppingerCole Report: Why Your Organization Needs Data-Centric Security**
Read more →

**Data Security in 2024: Unveiling Strategies Against AI-Driven Cyber Threats**
Watch webinar →

**Thales & Imperva join forces to create a global leader in cybersecurity**
Find out more →



Enterprises move to Imperva for
## world class security

### Faster response

Accelerate containment with 3-second DDoS mitigation and same day blocking of zero-days.





imperva
a Thales company

## Deeper protection

Secure applications and data deployed anywhere with positive security models.

**Stop software supply chain attacks →**

## Consolidated security

Consolidate security point products for detection, investigation, and management under one platform.

**Protect modern web applications →**

Imperva products are quite exceptional

Gartner
Peer Insights
Customers' Choice 2023

IT Security and Risk Management
Government Industry

See why Imperva

Gartner® and Peer Insights™ are trademarks of Gartner, Inc. and/or its affiliates. All rights reserved. Gartner Peer Insights content consists of the opinions of individual end users based on their own experiences, and should not be construed as statements of fact, nor do they represent the views of Gartner or its affiliates. Gartner does not endorse any vendor, product or service depicted in this content nor makes any warranties, expressed or implied, with respect to this content, about its accuracy or completeness, including any warranties of merchantability or fitness for a particular purpose.

I want to...

Proactively reduce risk                                            ⌄

Enhance SOC response                                              ⌄

Secure digital transformation                                      ⌄



**Discovery, Inc. tackles data compliance in public cloud**



continuing satisfaction of data security and compliance requirements.

**Read the case study**  ⊙→

We protect
## 6200+ enterprises and millions of people daily.



**See all customers →**

Brand Ad Mobile min

## See how we can help you secure your web applications and data



**Free Trial →**

Schedule Demo

5/21/24, 2:35 PM                                    Cyber Security Leader | Imperva, Inc.



## Partners

Imperva Partner Ecosystem

Channel Partners

Technology Alliances

Find a Partner

Partner Portal Login

## About Us

Why Imperva

Who We Are

Events

Careers

Press & Awards

Contact Information

## Support

Emergency DDoS Protection

Support Portal

Imperva Community

Documentation Portal

API Integration

Trust Center

## Resources

Imperva Blog

Resource Library

Case Studies

Learning Center

## Network

Network Map

System Status

English ⌄

Cookies Settings

Trust Center

Modern Slavery Statement

Privacy

Legal

Copyright © 2024 Imperva. All rights reserved

Page |A-6